AMIN WASSERMAN GURNANI, LLP
William P. Cole, Bar No. 186772
Matthew R. Orr, Bar No. 211097
Rebecca M. Lee, Bar No. 312039
515 South Flower St., 18th Floor
Los Angeles, CA 90071
Tel: (213) 933-2330
Fax: (312) 884-7352
wcole@awglaw.com
morr@awglaw.com
rlee@awglaw.com

*Attorneys for Defendant Magic Spoon, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

MARYAM KAZEMI, on behalf of herself and all others similarly situated,

Plaintiff(s),

vs.

MAGIC SPOON, INC.,

Defendant.

Case No.: 26-cv-09254-SK

**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**

**[LOCAL RULE 6-2]**

Hon. Sallie Kim

Pursuant to Federal Rule of Civil Procedure ("FRCP") 6(a) and Civil Local Rules 6-1(a), 6-2, and 7-12, counsel for Defendant Magic Spoon, Inc. ("Magic Spoon" or "Defendant") and counsel for Plaintiff Mayam Kazemi hereby jointly stipulate and agree as follows:

WHEREAS, Defendant Magic Spoon was served by personal delivery with Summons and Complaint on September 4, 2026, and Magic Spoon's answer or responsive pleading under FRCP 12(a)(1)(A)(i) must be filed and served on or before September 25, 2026; and

WHEREAS, Rule 6-1(a) of the Local Rules of the United States District Court, Northern District of California, allows Parties to stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the complaint, or to enlarge or shorten the time in matters not required to be filed or lodged with the Court, provided the change will not alter the date of any event or any deadline already fixed by Court order; and

WHEREAS, Plaintiff and Defendant conferred and agree that the time for Defendant Magic Spoon to file a responsive pleading shall be extended to and include October 26, 2026; and

WHEREAS, there are no previous time modifications in the case; and

NOW THEREFORE, Plaintiff and Defendant, by and through their respective undersigned counsel, hereby stipulate as follows:

//

//

//

//

The time for Magic Spoon to file a responsive pleading shall be extended to and include October 26, 2026.

SO STIPULATED.

DATED: September 18, 2026

*/s/ Rebecca M. Lee*
Rebecca M. Lee
AMIN WASSERMAN GURNANI, LLP
515 South Flower St., 18th Fl.
Los Angeles, CA 90071
Tel: (213) 933-2330
rlee@awglaw.com

*Attorney for Defendant Magic Spoon, Inc.*

DATED: September 18, 2026

*/s/ Scott Edelsberg*
Scott Edelsberg (*pro hac vice*)
Edelsberg Law
20900 NE 30th Ave., Suite 417
Aventura, FL 33180
Tel: 786-200-4316
scott@edelsberglaw.com

*Attorney for Plaintiff Maryam Kazemi*

**CERTIFICATE OF SERVICE**
(United States District Court)

I hereby certify that on the 18th of September, 2026, I caused the electronic filing of the foregoing document**,** through the CM/ECF system. The aforementioned document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

**/s/ *Rebecca M. Lee***
Rebecca M. Lee