**SHAMIS & GENTILE, P.A.**
Katherine S. Phillips (SBN: 353048)
1925 Century Park East, Ste 1700
Los Angeles, CA 90067
Telephone: (305) 479-2299
kphillips@shamisgentile.com

**EDELSBERG LAW, P.A.**
Scott Edelsberg (SBN: 330990)
Gabriel Mandler*
1925 Century Park E #1700
Los Angeles, CA 90067
Telephone: 305.975.3320
scott@edelsberglaw.com
gabriel@edelsberglaw.com

**Pro Hac Vice forthcoming*
*Attorney for Plaintiff and Proposed Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

MARYAM KAZEMI, on behalf of herself and all others similarly situated,

Plaintiff,

v.

MAGIC SPOON INC.,

Defendant.

Case No. 3:26-cv-09254-SK

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff, Maryam Kazemi, pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i), does hereby dismiss this action as follows:

1. All claims of the Plaintiff, Maryam Kazemi individually, are hereby dismissed without prejudice.
2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Dated: September 22, 2026

Respectfully submitted,

*/s/ Scott Edelsberg*

Scott Edelsberg
**EDELSBERG LAW, P.A.**
Scott Edelsberg (SBN: 330990)
Gabriel Mandler*
1925 Century Park E #1700
Los Angeles, CA 90067
Telephone: 305.975.3320
scott@edelsberglaw.com
gabriel@edelsberglaw.com

**SHAMIS & GENTILE, P.A**
Katherine S. Phillips (SBN: 353048)
1925 Century Park East, Ste 1700
Los Angeles, CA 90067
Telephone: (305) 479-2299
kphillips@shamisgentile.com

**Pro Hac Vice forthcoming*
*Attorney for Plaintiff and Proposed Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2026, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic generated by CM/ECF or in some other authorized manner.

By: */s/ Scott Edelsberg*
Scott Edelsberg